TO: CRIMINAL COURT appeal          Sept 5, 2015

MR. abel acosta court clerk          501653-07

W10-24557-J (C)
WRIT NO. 11.07

From: ORVIS WAYNE PORTER
#0151565

JACK, HARWELL
3101 E. marlin Hwy.
WACO, Texas 76705

my address

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

I would like to know if my supplement WRIT W10-24557-J (C) have been submit to the court and have the Judge Rule on the case yeat? and was my — Traverse accept to the court, could you please write me back with this — Information. Thank you!